# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

NAEEM RASUL                                                                   PETITIONER

V.                         NO. 5:16-CV-00041-JM-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

DATED this 10th day of September, 2018.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE